IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:93-CR-136-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JIMMY RAY HARVEY II, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion [D.E. 77] not later than November 10, 2026.

SO ORDERED. This 1 day of October, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge